IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE LOCAL 309 ELECTRICAL HEALTH AND WELFARE FUND, TRUSTEES OF THE NECA-IBEW PENSION BENEFIT TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRIC BENEFIT FUND, and LOCAL 309, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, Plaintiffs, v. ZOIE LLC, Defendant. | Case No. 20–CV–00071–GCS–JPG |

## **DEFAULT JUDGMENT**

This civil case arises under the Employee Retirement Income Security Act. Before the Court is Plaintiffs' Amended Motion for Default Judgment against Defendant Zoie LLC. (Am. Mot. for Default. J., ECF No. 13). For the reasons below, the Court **GRANTS** Plaintiffs' Motion and **ENTERS** Default Judgment.

There are two stages to default. First, the Clerk of Court must enter a party's default "[w]hen a party against whom a judgment for affirmative relief has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise . . . ." Fed. R. Civ. P. 55. Then, the Court may enter a default judgment for the amount due. *Id.*

Here, the Clerk of Court entered Defendant Zoie LLC's default in February 2020. (Clerk's Entry of Default, ECF No. 10). Plaintiffs also showed that Defendant Zoie LLC failed to make monthly contributions as required by the labor agreement. It is therefore appropriate for the Court to enter a default judgment.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that

(1) Plaintiffs have a judgment against Defendant Zoie LLC in the amount of $84,007.10 in unpaid contributions and working dues, $11,199.86 in interest, and $28,538.14 in liquidated damages;

(2) Plaintiffs are awarded their reasonable attorneys' fees of $5,667.40 and costs totaling $475.00, plus post-judgment attorneys' fees and costs incurred in connection with this case until the judgment has been satisfied; and

(3) The Clerk of Court shall enter judgment for Plaintiffs and against Defendant Zoie LLC, in the **total amount of $129,887.50.** That total consists of $84,007.10 in contributions and working dues, $11,199.86 in interest, $28,538.14 in liquidated damages, $5,667.40 in attorneys' fees, and $475.00 in costs.

**IT IS SO ORDERED.**

Dated: **Monday, July 20, 2020**

                                                  **S/J. Phil Gilbert**
                                                  **J. PHIL GILBERT**
                                                  **UNITED STATES DISTRICT JUDGE**